NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEROME EUGENE HOWARD,           )
                                )
            Appellant,          )
                                )
v.                              )        Case No. 2D16-4348
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Vivian Corvo, Judge.

Howard L. Dimmig, II, Public Defender, and
Robert D. Rosen, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.